# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PAUL M. JONES, ET AL.

*Plaintiff*

v.

Civil Action No.:
**1:12-CV-11503-RWZ**

ABLITT LAW OFFICE, P.C., ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sandra J Robinson
2390 FM 455E
Aubrey, TX 76227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Paul M. Jones
572 Park St
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SARAH ALLISON THORNTON**

*CLERK OF COURT*

/s/ – **Jay Johnson**

*Signature of Clerk or Deputy Clerk*



**SUMMONS**

**ISSUED ON 2012-10-11 11:26:26.0**, Clerk USDC DMA

Civil Action No.: **1:12-CV-11503-RWZ**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) SANDRA J. ROBINSON was received by me on (date) OCTOBER 30, 2012.

✓ I personally served the summons on the individual at (place) 2390 FM 455E, AUBREY, TX, 76227 on (date) Nov. 1, 2012 ; or

I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individuals last known address; or

I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

I returned the summons unexecuted because _____ ; or

Other (specify) :

My fees are $ 125 for travel and $ — for services, for a total of $ 125.00

I declare under penalty of perjury that this information is true.

Nov 6, 2012
Date

William Albright
Server's Signature

WILLIAM ALBRIGHT, PRIVATE PROCESS SERVER
Printed name and title

Box 832947; Richardson, TX 75083
Server's Address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE.

2012 NOV 13 P 4: 50

U.S. DISTRICT COURT
DIST. OF MASS.

PAUL M JONES

CIVIL ACTION No                                   November 13, 2012

1:12-CV-11503-RWZ

I hereby Certify that a true copy of the above document was served upon Sandra J. Robinson by Bill Albright on November 1, 2012 at her residence at 2390 FM 455E, Aubrey, Texas 76227.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was delivered by Bill Albright on November 1, 2012 to the parties at the address listed below.

Date: November 1, 2012

Sandra J. Robinson

2390 FM 455E

Aubrey, Texas 76227