UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Paul M. Jones**

**Plaintiff**

**V.**

**Ablitt Law Office, P.C. et al**
**Defendant**

**Civil Action**

**NO. 12-cv-11503 RWZ**

## NOTICE OF DEFAULT

Upon application of the Plaintiff **Paul M. Jones** for an order of Default for failure of the Defendant **Optima Mortgage** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **14th** day of **January 2012**.

SARAH A. THORNTON
CLERK OF COURT

Deputy Clerk

By:   /s/   Jay Johnson

Notice mailed to:
**COUNSEL & DEFENDANT**

(default notice.wpd - 3/7/2005)