UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                                          Civil Action No. 1:12-cv-11503-RWZ

Ablitt Law Office, P.C. et al

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Paul Jones appeals the above named case to the United States Court of Appeals for the Federal 1st Circuit from the Massachusetts Federal District Court from the judgment entered on July 12, 2013 docket number 1:12-cv-11503- RWZ by judge Zobel (docket Number

From an order dismissing my case for Failure to State a Claim and other causes of action.

Respectfully submitted

Paul Jones

572 Park street

Stoughton, Ma 02072

Pj22765@gmail.com

**Walter H. Porr , Jr.**
Ablitt Scofield, PC
304 Cambridge Road
Woburn, MA 01801
781-246-8995

Fax: 781-246-8994
Email: wporr@acdlaw.com

**Neil D. Raphael**
Raphael LLC
1 Liberty Square
12th Floor
Boston, MA 02109
617-542-7999
Fax: 617-307-4486
Email: nraphael@raphaelllc.com

**Henry C. Dinger**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1276
Email: HDinger@GoodwinProcter.com

## CERTIFICATE OF SERVICES

I hereby certify that a true and correct copy of the foregoing was mailed to all parties in this matter on this 9th day of July 2013.

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

**Walter H. Porr , Jr.**
Ablitt Scofield, PC
304 Cambridge Road
Woburn, MA 01801
781-246-8995
Fax: 781-246-8994
Email: wporr@acdlaw.com

**Neil D. Raphael**
Raphael LLC
1 Liberty Square
12th Floor
Boston, MA 02109
617-542-7999
Fax: 617-307-4486
Email: nraphael@raphaelllc.com

**Henry C. Dinger**
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1276
Email: HDinger@GoodwinProcter.com