# United States Court of Appeals
## For the First Circuit

_____

No. 13-2019

PAUL M. JONES

Plaintiff - Appellant

v.

ABLITT LAW OFFICES, P.C.; MATTHEW R. BRAUCHER; OPTIMA MORTGAGE; TIFFANY SKAIFE; LEON DANIELS; MELISSA FLANAGAN; GOODWIN PROCTER LLP; MARK BISHOP; AMANDA FARRAR; PAUL CONNOLLY; MATHEW J. THALER; ANNMARIE CASSANO; STEPHANIE WHITED; ERIN M. MICHAEL; RICHARD A. OETHEIMER; BANK OF NEW YORK, Trustee for Certificate Holders; WALTER PORR.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; CWABS, INC.; BANK OF AMERICA; SANDRA J. ROBINSON

Defendants - Appellees

_____

**JUDGMENT**

Entered: October 11, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

           By the Court:
           /s/ Margaret Carter, Clerk

cc: Henry Dinger, Jill Hauff, Walter Porr, Jr., Neil Raphael