UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 12-11503-RWZ


PAUL M. JONES

v.

BANK OF NEW YORK, *et al.*


ORDER

February 3, 2014


ZOBEL, D.J.

Defendant Optima Mortgage, Inc., having defaulted and the court having

accepted the recommendation of the Magistrate Judge on damages (Docket # 94),

judgment may be entered for plaintiff against Optima Mortgage, Inc., in the amount of

$14,825.00.

The court having allowed the motions to dismiss of all remaining defendants with

prejudice as to counts 1, 7, 8 and 9 and without prejudice as to counts 2, 3, 4, 5, 6 and

10 (Docket # 77), judgment may be entered dismissing the claims against these

defendants accordingly.


| February 3, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |