UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL M. JONES
        **Plaintiff**

    V.

BANK OF NEW YORK, ET AL
        **Defendants**

CA ACTION

NO. 12CV11503-RWZ

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ENDORSED ORDER on the R & R entered on 2/3/14; JUDGMENT is entered for plaintiff against Optima in the amount of $14,825.00. The court having allowed the motions to dismiss regarding all remaining defendants. Judgment is entered dismissing the claims against these defendant acordingly.

        By the Court,

2/3/14          s/ Lisa A. Urso
Date          Deputy Clerk