**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Jones v. Ablitt Law Office, P.C. et al

District Court Number: 12cv11503-RWZ

Fee: Paid? Yes ____ No _X_   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_     Sealed documents   Yes ____ No _X_
*If yes, document #* _____      *If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_  Transcripts   Yes ____ No _X_
*If yes, document #* _____      *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#94 Order of Report and Recommendation, #95 Order, and #96 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#94, #95, #96, and #97

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 97 filed on February 10, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 12, 2014.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**