

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Robert M. Farrell**
CLERK OF COURT

May 6, 2014

Paul M. Jones
572 Park Street
Stoughton, MA 02072

RE: Returned Check #1039, Dated: 04/17/2014


Dear Mr. Jones,

    Please be advised that the check sent in the amount of $505.00, as payment for the appeal fee in case 1:12-CV-11503 has been returned from the bank as uncollectible. We have received the additional money order# 14-836638572 in the amount of $505.00.

    Under the Miscellaneous Fee Schedule approved by the Judicial Conference of the United States, in accordance with 28 U.S.C. §1914, an additional fee of $53.00 must be charged. Therefore, please forward without delay the sum of $53.00 in the form of a money order or bank check payable to the Clerk, US District Court.  Please forward the payment to my attention.

    Please feel free to contact me at 617-748-9136 if you should have any questions.


    Sincerely,


    Lucien Adam
    Assistant Financial Manager